CLIFFORD L. EHMKE et al., Appellants-Respondents, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 29783.) — Judgment affirmed, without costs of this appeal to any party. All concur. (Cross appeals from a judgment for claimants on a claim for permanent appropriation of realty.) Present — McCurn, P. J., Vaughan, Kimball and Piper, JJ.

■

ESTELLA L. KIEFER, Respondent, v. VERN B. ADAMS et al., Individually and Doing Business as REVA ROLLERDROME, Appellants.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event, upon the ground that the verdict of the jury is against the weight of evidence. All concur. (Appeal from a judgment for plaintiff in an action for damages for personal injuries alleged to have been sustained by reason of negligent supervision of a roller skating rink.) Present — Vaughan, Kimball, Piper and Wheeler, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MARTIN, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order dismissing a writ of habeas corpus and remanding relator to the custody of respondent.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of SUNSET HILL CEMETERY ASSOCIATION, INC., et al., Respondents, against DEPARTMENT OF STATE, DIVISION OF CEMETERIES, CEMETERY BOARD OF THE STATE OF NEW YORK, et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying respondents' motion for change of venue from Chautauqua County to New York County.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

STANLEY W. KOSIKOWSKI, Plaintiff, v. BUFFALO CRANE COMPANY, INC., Defendant and Third-Party Plaintiff-Respondent. BETHLEHEM STEEL COMPANY, Third-Party Defendant-Appellant.— Appeal dismissed, without costs, upon stipulation. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

SAMUEL G. NICHOLAS, Respondent, v. NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant, et al., Defendants. NEW YORK STATE ELECTRIC & GAS CORPORATION, Third-Party Plaintiff-Appellant, v. MICHAEL MATHEWS et al., Individually and as Copartners Formerly Doing Business under the Name of MATHEWS & KANELOS Co., Third-Party Defendants-Respondents.— Motion to amend order entered February 5, 1954, granted and order amended *nunc pro tunc* so as to affirm that part of the judgment appealed from which dismissed the third-party complaint. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 291; 284 App. Div. 835, 860.]

■

CHARLES D. O'CONNOR, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.